PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:07CR00183-001 OWW |
| ) | |
| JIMMY MONRRIAL ) | |
| ) | |

On April 8, 2005, the above-named was placed on Supervised Release for a period of 3 years. Mr. Monrrial has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Rick C. Tarazon

**RICK C. TARAZON
United States Probation Officer**

Dated: May 19, 2009
Fresno, California
/rct

**REVIEWED BY:** /s/ Hubert J. Alvarez
**Hubert J. Alvarez
Supervising United States Probation Officer**

Re:     **MONRRIAL, Jimmy**
        **Docket Number:   1:07CR00183-001 OWW**
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.


IT IS SO ORDERED.

**Dated:   May 27, 2009**                       **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG